440 A.2d 1191
## In re Adoption of Donald Byron FULKERSIN, et al.
## Appeal of Donald B. FULKERSIN, Jr.
Supreme Court of Pennsylvania.

Argued Jan. 18, 1982.

Decided Feb. 19, 1982.

Franklin E. Kepner, Jr., Berwick, for appellant.

William J. Patrick, Berwick, for Gail Ann Bogart, appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Decree affirmed.